1  Richard G. Grotch, Esq. - SBN 127713
   **CODDINGTON, HICKS & DANFORTH**
2  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
3  Redwood City, California 94065-2133
   Tel.  (650) 592-5400
4  Fax. (650) 592-5027

5  **ATTORNEYS FOR** Defendant
   ATA AIRLINES, INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 In re Deep Vein Thrombosis Litigation:      No.  C 04-1461 VRW

12 SHAWN HARRIS,                               [MDL-1606 VRW]

13             Plaintiff,
                                               [~~PROPOSED~~] ORDER RE
14 vs.                                         SUBSTITUTION OF ATTORNEYS

15 ATA AIRLINES, INC. a corporation, THE
   BOEING COMPANY, and DOES 1-5,
16
                Defendant.
17 _____/

18     In accordance with Section (IV)(C)(5) of General Order No. 45, and pursuant to the Notice of

19 Substitution of Counsel previously filed,

20     IT IS HEREBY ORDERED that the law firm of CODDINGTON, HICKS & DANFORTH

21 shall be substituted in the above-entitled action as counsel of record for defendant ATA AIRLINES,

22 INC., in the place and stead of the LIVINGSTON LAW FIRM.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

[Proposed] Order Re Substitution of Attorneys
C 04-1461 VRW

1  IT IS SO ORDERED.

2

3  Dated:_____

4                                    Honorable Judge Vaughn R Walker
                                     United States District Chief Judge

[Proposed] Order Re Substitution of Attorneys
C 04-1461 VRW

2

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400